# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

ALTER TRADING CORPORATION                             PLAINTIFF

v.                             CIVIL ACTION NO. 2:18-CV-47-KS-MTP

DAVID SHEMPER, et al.                               DEFENDANTS

## ORDER

This matter is before the Court on Plaintiff's Motion to Quash Depositions [12] and Defendant's Motion for Expedited Discovery [14]. A hearing on Plaintiff's Motion for Preliminary Injunction [3] has been set for April 13, 2018. Defendants have requested five depositions in order to respond to Plaintiff's Motion [3] and to prepare for the upcoming hearing. As such, the Court finds that there is good cause for expedited discovery. Therefore, Defendant's Motion for Expedited Discovery [14] is **granted**, and Plaintiff's Motion to Quash Depositions [12] is **denied**. The depositions noticed by Defendants for April 4 and 6, 2018 will proceed. Defendants have agreed to furnish David Shemper for a deposition in Hattiesburg, and Plaintiff has agreed to furnish Alter Trading Corporation's employees without subpoenas.

In order to ensure that the discovery is narrowly tailored in scope, each deposition may not exceed one and one-half (1.5) hours.

SO ORDERED AND ADJUDGED, on this, the 2nd day of April, 2018.

                                                      */s/ Keith Starrett*
                                                       KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE