# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

ALTER TRADING CORPORATION                                              PLAINTIFF

v.                                              CIVIL ACTION NO. 2:18-CV-47-KS-MTP

DAVID SHEMPER, et al.                                                 DEFENDANTS

## ORDER

For the reasons provided in the Court's bench ruling in the hearing held on Friday, June 8, 2018, the Plaintiff's Motion for Preliminary Injunction [3] is **denied**.

SO ORDERED AND ADJUDGED, on this, the 5th day of July, 2018.

                                                   */s/ Keith Starrett*
                                                   KEITH STARRETT
                                                   UNITED STATES DISTRICT JUDGE